IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BRANDON KYLE BENSON,               )
                                   )
              Plaintiff,           )
                                   )
       v.                          )   Civil Action No. 23-75-E
                                   )
COMMISSIONER OF SOCIAL SECURITY,   )
                                   )
              Defendant.           )

## O R D E R

        AND NOW, this 18th day of August, 2023, the Court having granted Defendant's

Uncontested Motion to Remand, and having remanded the matter to the Commissioner of Social

Security,

        IT IS FURTHER ORDERED that final judgment of this Court is entered pursuant

to Rule 58 of the Federal Rules of Civil Procedure.


                                        s/Alan N. Bloch
                                        United States District Judge




ecf:        Counsel of record